# Court of Appeals, State of Michigan

## ORDER

In re App of Detroit Edison for 2012 Cost Recovery Plan

Docket No.    318388

LC No.      00-016892

Mark T. Boonstra
Presiding Judge

Henry William Saad

Christopher M. Murray
Judges

The Court orders that, due to a typographical error, the May 12, 2015 opinion in this matter is VACATED and a new opinion is attached.

The Court further orders that the motion for reconsideration is DENIED.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

JUN 2 3 2015
_____
Date

_____
Chief Clerk